# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2018

## NO. 03-16-00727-CR

**The State of Texas, Appellant**

**v.**

**John Phillip Couch, II, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND TOTH
REVERSED AND REMANDED—OPINION BY JUSTICE TOTH**

This is an appeal from the order signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.